Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALAL ABEDRABO, | ) |
| | ) CASE NO.: 8:17-cv-01859-DFM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE

THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) and costs

in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of

the stipulation.

DATED: September 28, 2018 _____

HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE